JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | ) ) ) | Case No. CV 24-6208 FMO (PVCx) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| DESOTO LIMITED, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of November, 2024.

/s/
Fernando M. Olguin
United States District Judge